**Order filed January 31, 2023.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-22-00506-CV

_____

**RYAN KINNEAR, Appellant**

**V.**

**JENNIFER UMANZOR, Appellee**

**On Appeal from the County Court at Law No. 1
Fort Bend County, Texas
Trial Court Cause No. 20-CCV-067738**

# O R D E R

Appellant's brief was due January 20, 2023. No brief or motion for extension of time has been filed.

Accordingly, we order appellant to file a brief with this court within thirty (30) days of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Bourliot and Wilson.